1
2
3
4
5
6
7
8                                                    .
9                    **UNITED STATES DISTRICT COURT**
10                  **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | REV.COM, Inc., a Delaware corporation, ) | Case No.:  3:20-cv-03162-MMC |
| 12 | Plaintiff, ) | Hon. Maxine M. Chesney |
| 13 | vs. ) | **(PROPOSED) ORDER GRANTING** |
| 14 | VBRICK SYSTEMS, Inc., a Delaware ) | **JOINT STIPULATION FOR** |
| 15 | corporation, ) | **DISMISSAL** |
| 16 | Defendant. ) | |

19
20
21
22
23
24
25
26
27
28

On April 23, 2021, the parties filed a joint motion to dismiss this case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41.  The Court, for good cause shown, **GRANTS** the joint motion and dismisses the case with prejudice in its entirety. The Clerk is directed to close the case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  April 26, 2021

MAXINE M. CHESNEY
United States District Judge

1
**(PROPOSED) ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**
3:20-cv-03162-MMC